UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on March 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID CUSHING

                         **Debtor(s).**

Case No. 25-22945 (ABA)

Judge:   Andrew B. Altenburg, Jr.

Date of Hearing:  March 11, 2026

## ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED**.

**DATED: March 12, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:**      **DAVID CUSHING**
**Case No.**      **25-22945 (ABA)**
**Order:**        **ORDER ADJOURNING CONFIRMATION HEARING WITH
CONDITIONS**

_____

**THIS MATTER** having been heard by the Court at the Confirmation hearing conducted on March 11, 2026, and Joni L. Gray, Esquire, Counsel for Andrew B. Finberg, Chapter 13 Standing Trustee and Debtor, David Cushing having appeared, and good cause appearing;

**IT IS ORDERED** that the Confirmation hearing is hereby adjourned to April 8, 2026, at 9:00 a.m. with conditions; and

**IT IS FURTHER ORDERED** that within fourteen (14) days of the date of this Order the Debtor shall:

1. Submit a 341 Adjournment Request Form through the Trustee's filing system, BKDocuments (341_Adjournment_Request_Form.pdf); and

2. Cure plan arrears of $150 (or show evidence of funds in transit); and

**IT IS FURTHER ORDERED** that if Debtor does not comply with the terms of this Order and/or if Debtor fails to appear at the rescheduled §341(a) Meeting of Creditors, Debtor's case shall be immediately dismissed upon the filing of a Certification of Noncompliance by the Chapter 13 Standing Trustee.