UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

**Order Filed on March 12, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

DAVID CUSHING

**Debtor(s).**

Case No. 25-22945 (ABA)

Judge:   Andrew B. Altenburg, Jr.

Date of Hearing:  March 11, 2026

## ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED**.

**DATED: March 12, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:**     **DAVID CUSHING**
**Case No.**     **25-22945 (ABA)**
**Order:**     **ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS**

_____

**THIS MATTER** having been heard by the Court at the Confirmation hearing conducted on March 11, 2026, and Joni L. Gray, Esquire, Counsel for Andrew B. Finberg, Chapter 13 Standing Trustee and Debtor, David Cushing having appeared, and good cause appearing;

**IT IS ORDERED** that the Confirmation hearing is hereby adjourned to April 8, 2026, at 9:00 a.m. with conditions; and

**IT IS FURTHER ORDERED** that within fourteen (14) days of the date of this Order the Debtor shall:

1. Submit a 341 Adjournment Request Form through the Trustee's filing system, BKDocuments (341_Adjournment_Request_Form.pdf); and

2. Cure plan arrears of $150 (or show evidence of funds in transit); and

**IT IS FURTHER ORDERED** that if Debtor does not comply with the terms of this Order and/or if Debtor fails to appear at the rescheduled §341(a) Meeting of Creditors, Debtor's case shall be immediately dismissed upon the filing of a Certification of Noncompliance by the Chapter 13 Standing Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                     Case No. 25-22945-ABA

David Cushing                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                      Page 1 of 1

Date Rcvd: Mar 12, 2026                  Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID              Recipient Name and Address**
db                 +  David Cushing, 1734 Almond Road, Vineland, NJ 08360-3482

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4