David Cushing
1734 Almond Rd
Vineland, NJ 08360
(267) 595-6578
Davidjcushing@protonmail.com
Debtor/Plaintiff In Pro Per

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| David Cushing, Plaintiff<br><br>vs.<br><br>Lakeview Loan Servicing LLC;<br>Rocket Mortgage LLC;<br>Freedom Mortgage Corporation;<br>Greentree Mortgage L.P.;<br>Nationstar DBA Mr.Cooper ;<br>FEDERAL HOUSING ADMIN FHA;<br>US Bank, N.A., Trustee for Ginnie<br>Mae REMIC Trust 2017-002;<br>Does 1-10; Defendants | Bankruptcy #: **25-22945-ABA**<br>Chapter 13<br>REQUEST TO<br>CONTINUE CONFIRMATION HEARING:<br>TO FIND AND HIRE AN ATTORNEY;<br>TO HIRE ACCOUNTANT TO FILE 2025 TAX<br>AND FULFILL TRUSTEE'S NEW DEMANDS<br>REQUEST FOR ELECTRONIC ACCESS<br>Date:5/13/2026   Time: 10 AM<br>COURTROOM:  4B CAMDEN<br>Hon. Andrew B. Altenburg Jr |
| --- | --- |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Plaintiff respectfully requests that the Court continue the Confirmation Hearing to allow Plaintiff to Hire an Attorney to complete paperwork more to the Court's liking, to hire an accountant to prepare the 2025 Tax return that the Trustee just demanded, And to supply the additional information that the Trustee just demanded without providing sufficient time to complete.**

**Plaintiff has diligently searched for an attorney and has had ___ Attorneys deny his request. Many attorneys said they like the Adversary Proceeding ("AP"), but don't have time to properly support it.  Plaintiff needs more time to find one that will help despite an AP.**

**The Chapter 13 Trustee recently suddenly asked for many new documents without providing sufficient time to gather, prepare and complete them.**

**Plaintiff also requests that the Court instruct the Clerk to give Plaintiff access to file remotely. Plaintiff has asked the Clerk for access to file remotely and has been denied many times.**

REQUEST TO CONTINUE CONFIRMATION HEARING

**Electronic Filing (CM/ECF)**

**Attorneys and other filers can submit files to the court electronically using the federal courts'**

**Case Management/Electronic Case Files (CM/ECF) system.**

**Attorneys and other filers can submit files to the court electronically using the federal courts'**

**Case Management/Electronic Case Files (CM/ECF) system.**

**https://www.uscourts.gov/court-records/electronic-filing-cm-ecf**

**The inability to file remotely has been an added burden to Plaintiff, especially when the**

**weather didn't allow Plaintiff to drive or when there are advisories that the air is bad.**

**Please continue the Confirmation Hearing and give access to electronic filing.**

Respectfully Submitted May11 2026  Vineland, New Jersey

_____

David Cushing,  Debtor/Plaintiff pro Se

REQUEST TO CONTINUE CONFIRMATION HEARING

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Cushing
1734 Almond Road
Vineland, NJ 08360
(267) 595-6578
Davidjcushing@protonmail.com

In Re:

David Cushing

Case No.: _____25-22945_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____5/13/2026_____

Judge: _____Altenberg_____

## CERTIFICATION OF SERVICE

1.  I, _____David Cushing_____ :

☐ represent _____ in this matter.

☐ am the secretary/paralegal for _____, who represents

_____ in this matter.

☒ am the _____Debtor_____ in this case and am representing myself.

2.  On _____5/11/2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

REQUEST TO CONTINUE CONFIRMATION HEARING:
TO FIND AND HIRE AN ATTORNEY; TO HIRE ACCOUNTANT TO FILE 2025 TAX AND FULFILL TRUSTEE'S NEW DEMANDS; REQUEST FOR ELECTRONIC ACCESS

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____5/11/2026_____

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lakeview Loan Servicing, LLC<br>c/o Rocket Mortgage, LLC<br>Attn: Bankruptcy Dept.<br>PO Box 619096<br>Dallas, TX 75261-9741 | Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Fissel, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Claimant's attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LendingClub Bank, NA (520977344)<br>(cr)<br>P.O. BOX 884268<br>Los Angeles, CA 90088 | claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A. (520973423)<br>(cr)<br>435 Ford Road, Suite 300<br>St Louis Park, MN 55426-1063 | Claimant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National Bank (520951483)<br>(cr)<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claimant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JPMorgan Chase Bank, N.A. (520932552) (cr) s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison, Texas 75001 | Claimant | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lochridge Lending Inc (520931063) (cr) 1175 N 4000 W Rexburg ID 83440 | Claimant | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elk Joint Municipal Court (520910651) (cr) 680 Whig Lane Monroeville, NJ 08343 | Claimant | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank, N.A. (520923560) (cr) PO BOX 1931 Burlingame, CA 94011 | Claimant | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg, Chapter 13 Trustee 535 Route 38, Suite 580 Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Office of the United States Trustee One Newark Center 1085 Raymond Blvd., Suite 2100 Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Cushing
1734 Almond Road
Vineland, NJ 08360

| | |
|---|---|
| Case No.: | 25-22945 |
| Chapter: | 13 |

In Re:

David Cushing

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | 6/2/2026 |
| Judge: | Andrew J. Altenburg J |

## CERTIFICATION OF SERVICE

1.  I, _____David Cushing_____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☒ am the _____Plaintiff/Debtor_____ in this case and am representing myself.

2.  On _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    OBJECTION TO PROOF OF CLAIM NO. 8-1
    FILED BY LAKEVIEW LOAN SERVICING, LLC

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: __5/11/26__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Lakeview Loan Servicing, LLC c/o Rocket Mortgage, LLC Attn: Bankruptcy Dept. PO Box 619096 Dallas, TX 75261-9741 | Claimant | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other 9589 0710 5270 3074 1974 20<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Fissel, Esquire KML Law Group, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 | Attorney for Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg, Chapter 13 Trustee 535 Route 38, Suite 580 Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee One Newark Center 1085 Raymond Blvd., Suite 2100 Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

## CERTIFICATE OF SERVICE

I certify that on this ___ day of _____, 2026, a true and correct copy of the foregoing was served upon all parties in interest via Certified Mail, Return Receipt Requested where indicated, and/or First-Class U.S. Mail.

_____

David Cushing