**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>David Cushing | Case No.: _____25-22945_____<br><br>Hearing Date: _____6/16/2026_____<br><br>Chapter: _____13_____<br><br>Judge: _____Altenburg_____ |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable _____Andrew B. Altenburg, Jr._____,
United States Bankruptcy Judge.

**Reason for Hearing:**     Objection To Claim _____

_____

**Location of Hearing:**     Courtroom No. __4B__
400 Cooper Street _____
Camden, NJ 08101 _____
_____

**Date and Time:**     _____June 16, 2026 @ 10:00AM_____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**     ☒  **ARE REQUIRED**     ☐  **ARE NOT REQUIRED**

DATE: __May 11, 2026_____

JEANNE A. NAUGHTON, Clerk

By: _/s/ Kathleen V. Ryan_____
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____May 11_____, 20_26_____ this notice was served on the
following: Debtor , Trustee

JEANNE A. NAUGHTON, Clerk

By: _/s/ Kathleen V. Ryan_____
Deputy Clerk

*rev.1/4/17*