# LIMITED POWER OF ATTORNEY
# AND
# LETTER TO COURT CLERK

STATE OF New Jersey

COUNTY OF  Cumberland

## LIMITED POWER OF ATTORNEY

I, Dave Cushing ("Principal"), hereby appoint Chris Magis Nero ("Attorney-in-Fact" or "Agent") as my true and lawful representative for the limited purpose of assisting with matters relating to Case No.: 25–22945–ABA presently pending in UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY.

This Limited Power of Attorney authorizes the Agent to:

1. Communicate with court personnel, clerks, opposing counsel, associations, agents, and related parties concerning procedural matters and records;
2. Obtain copies of publicly available filings, invoices, fee affidavits, accounting records, and related materials;
3. Assist in reviewing, organizing, and reconciling records and accounting entries associated with the matter;
4. Submit correspondence and non-substantive administrative communications on behalf of the Principal;
5. Explore equitable reconciliation, settlement discussions, accounting clarification, and preservation of rights and property interests;
6. Perform acts reasonably necessary to assist the Principal in understanding and managing the above-referenced matter.

The Principal's intent is to facilitate orderly communication, transparency, accounting review, and equitable reconciliation of disputed matters in good faith.

This instrument shall become effective immediately upon execution and shall remain in effect until revoked in writing by the Principal.

Executed this 22 day of May, 2026.

Dave Cushing, Principal

1

## NOTARY ACKNOWLEDGMENT

STATE OF _NEW JERSEY_
COUNTY OF _CUMBERLAND_

The foregoing instrument was acknowledged before me this 22nd day of _MAY_ ,
2026, by _DAVE CUSHING_ , who is personally known to me or produced identification.

Notary Public
My Commission Expires: _07 26 2028_

HARJIT PARHAR
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES July 26, 2028