Chris Magis Nero©
1501 S. Cherrybell Strav.
PMB 26096
Tucson AZ 85726
520-612-9797
chrisnero9999@gmail.com



Date: May 22, 2026
UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY ,

State of NEW JERSEY

**RE: David Cushing v. Lakeview Loan Servicing**
**Case No. 25–22945–ABA Chapter 13**

Dear Clerk:

Please accept this correspondence for administrative purposes regarding the above-referenced matter.

The undersigned has been granted a Limited Power of Attorney by Dave Cushing for the limited purpose of assisting with records review, accounting reconciliation, communication, and administrative coordination related to this case.

The purpose of this communication is not to create controversy or disrupt proceedings, but rather to promote orderly review, transparency, and good-faith reconciliation of the records and accounting associated with the matter presently before the Court.

Accordingly, the undersigned respectfully requests assistance with the following, to the extent permitted by law and court policy:

1. Confirmation of the current status of the case;
2. Identification of any pending hearings, deadlines, or post-judgment procedures;
3. Access instructions for obtaining copies of the docket, fee affidavits, judgments, and related filings;
4. Clarification regarding any post-judgment discovery procedures presently active in the case;
5. Guidance concerning any procedural requirements for filing future administrative notices or correspondence.

1

The undersigned seeks only to ensure accurate recordkeeping, preserve procedural fairness, and facilitate responsible review of the accounting and claims asserted within the case.

Thank you for your time and professional assistance.

Respectfully,

By Chris Magis Nero

Chris Magis Nero©
Attorney-in-Fact for Dave Cushing

2