# Equitable Reconciliation & Compliance Review



Chris Magis Nero
1501 S. Cherrybell Stra. PMB 26096
Tucson, AZ 85726
chrisnero9999@gmail.com
520-612-9797
May 22, 2026

Via Certified Mail and Electronic Correspondence

To: CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY
401 Market Street
Camden, NJ 08102

**RE: Request for Equitable Reconciliation, Clarification, and Compliance Review / Case No.: 25–22945–ABA Chapter 13**

Dear Sir or Madam:

This correspondence is submitted in good faith for the purpose of seeking clarification, reconciliation, and administrative resolution regarding material discrepancies and unresolved compliance concerns presently affecting the integrity of the record and the underlying account, transaction, or proceeding referenced herein.

At this time, there appear to remain substantial issues requiring clarification and reconciliation, including but not limited to:

1. Material accounting discrepancies;

2. Incomplete or unresolved compliance matters;

3. Potential deficiencies in supporting documentation or authority;

4. Unreconciled balances, records, or transactional history;

5. Questions concerning chain of authority, servicing, assignment, or administrative handling;

6. Failure to provide complete accounting and verification sufficient to establish full transparency and accuracy.

This communication is not intended as an act of hostility, intimidation, or unnecessary controversy. Rather, the purpose is to preserve equity, encourage good-faith administrative resolution, and provide an opportunity for clarification and cure before further escalation or adverse action occurs.

Accordingly, the undersigned respectfully requests the following:

A complete accounting and reconciliation of the matter; Verification of compliance with all applicable obligations, procedures, and administrative requirements; Clarification of all material discrepancies presently reflected in the record; Copies of any supporting documentation relied upon concerning authority, assignment, servicing, or enforcement; Identification of the responsible parties or departments handling the matter; Opportunity for equitable resolution and administrative cure where appropriate.

Please understand that unresolved discrepancies, material compliance deficiencies, or incomplete records may substantially affect the integrity and enforceability of the matter if left unreconciled.

The undersigned remains willing to engage in good-faith communication and equitable reconciliation in an effort to resolve any imbalance, misunderstanding, or administrative deficiency peacefully and professionally.

Nothing contained herein shall be construed as a waiver of any rights, remedies, defenses, claims, or equitable interests, all of which are expressly reserved.
Please provide your response within [10] days from receipt of this correspondence.
Respectfully submitted,

By Chris Magis Nero

Chris Magis Nero©
Without Waiver
All Rights Reserved

2