## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>David Cushing | Case No.: _____25-22945_____<br><br>Hearing Date: _____8/4/26 @ 2pm_____<br><br>Chapter: _____13_____<br><br>Judge: _____Altenburg_____ |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Andrew B. Altenburg, Jr._____,
United States Bankruptcy Judge.

**Reason for Hearing:**     Notice of Hearing on Objection to Proof of Claim 8-1

_____

**Location of Hearing:**     Courtroom No. __4B__
United States Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:**     August 4, 2026 @ 2 pm_____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**     ☒ **ARE REQUIRED**     ☐ **ARE NOT REQUIRED**

DATE: June 24, 2026_____

JEANNE A. NAUGHTON, Clerk

By: /s/ Heather A. Renye_____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____June 24_____, 20 26_____ this notice was served on the
following: David Cushing, Pro Se Debtor
Matthew Fissel, Atty for Lakeview Loan Servicing

JEANNE A. NAUGHTON, Clerk

By: /s/ Heather A. Renye_____
Deputy Clerk

*rev.1/4/17*