UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on June 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No. 25-22945 (ABA) |
| DAVID CUSHING | Judge:   Andrew B. Altenburg, Jr. |
| **Debtor(s).** | Date of Hearing: June 24, 2026 |

## ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 25, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:       DAVID CUSHING**
**Case No.       25-22945 (ABA)**
**Order:         ORDER ADJOURNING CONFIRMATION HEARING WITH
CONDITIONS**
_____

**THIS MATTER** having been heard by the Court at the Confirmation hearing conducted on June 24, 2026, and Joni L. Gray, Esquire, Counsel for Andrew B. Finberg, Chapter 13 Standing Trustee and Debtor, David Cushing having appeared, and good cause appearing;

**IT IS ORDERED** that the Confirmation hearing is hereby adjourned to August 26, 2026, at 9:00 a.m. with conditions; and

**IT IS FURTHER ORDERED** that Debtor shall provide the following documents no later than July 31, 2026:

1.  Modified plan to address Secured Proof of Claim 8-1 from Lakeview Loan Servicing LLC;

2.  Documentation regarding transfer of real estate to Gader Ministries/Karam Land Trust/Paul John Hansen;

3.  Address Secured Proof of Claim 3-1 from Lochridge Lending, Inc( include in Modified plan if not resolved);

4.  Information regarding Metsduah Christian Ministries Trust with same address as debtor; debtor is trustee;

5.  Current Statement from Penn Mutual Life Insurance Policy and explanation of all loans;

6.  Amend Schedule C: to provide specific laws that allow exemptions of all assets provided on Schedule A/B;

7.  Amend Schedule D: to add creditor, Lochridge Lending, Inc.;

8. Amend Schedules I and J and provide updated proof of income to support plan feasibility;

9. Amend Statement of Financial Affairs: list two vehicles transferred to wife roughly 1-2 years (valued at: $4,000 & $6,000);

10. CMA with conclusions for all properties owed at time of filing;

11. List of all real estate transferred in past four years;

12. 2025 Federal Tax Return;

13. Certification of service for 12/11/25 Order respecting Amendment to Schedules or List of Creditors.

14. Bank statements for TD Bank Account ending in #5659 dated 06/01/2025-11/30/2025;

15. Self-Represented Debtor Certification (form found on Trustee's website).