# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re:<br><br>David Cushing | Case No.: | 25-22945 |
|---|---|---|
| | Hearing Date: | 8/4/26 @ 2pm |
| | Chapter: | 13 |
| | Judge: | Altenburg |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ___Andrew B. Altenburg, Jr.___ ,
United States Bankruptcy Judge.

**Reason for Hearing:** Notice of Hearing on Objection to Proof of Claim 8-1

**Location of Hearing:**  Courtroom No. _4B_
United States Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:** August 4, 2026 @ 2 pm , or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ **ARE REQUIRED**   ☐ **ARE NOT REQUIRED**

DATE: June 24, 2026

JEANNE A. NAUGHTON, Clerk

By: /s/ Heather A. Renye
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on ___June 24___ , 20 _26_ this notice was served on the
following: David Cushing, Pro Se Debtor
Matthew Fissel, Atty for Lakeview Loan Servicing

JEANNE A. NAUGHTON, Clerk

By: /s/ Heather A. Renye
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-22945-ABA

David Cushing                                                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: davejeremycushing@gmail.com | Jun 24 2026 20:55:00 | David Cushing, 1734 Almond Road, Vineland, NJ 08360-3482 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Defendant Lakeview Loan Servicing cwoerner@raslg.com |
| Kenneth Borger, Jr | on behalf of Defendant Lakeview Loan Servicing kborger@raslg.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 24, 2026                        Form ID: pdf900                              Total Noticed: 1

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6