UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on June 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID CUSHING

**Debtor(s).**

Case No. 25-22945 (ABA)

Judge:   Andrew B. Altenburg, Jr.

Date of Hearing: June 24, 2026

## ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 25, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:**   **DAVID CUSHING**
**Case No.**   **25-22945 (ABA)**
**Order:**   **ORDER ADJOURNING CONFIRMATION HEARING WITH CONDITIONS**

_____

**THIS MATTER** having been heard by the Court at the Confirmation hearing conducted on June 24, 2026, and Joni L. Gray, Esquire, Counsel for Andrew B. Finberg, Chapter 13 Standing Trustee and Debtor, David Cushing having appeared, and good cause appearing;

**IT IS ORDERED** that the Confirmation hearing is hereby adjourned to August 26, 2026, at 9:00 a.m. with conditions; and

**IT IS FURTHER ORDERED** that Debtor shall provide the following documents no later than July 31, 2026:

1.  Modified plan to address Secured Proof of Claim 8-1 from Lakeview Loan Servicing LLC;

2.  Documentation regarding transfer of real estate to Gader Ministries/Karam Land Trust/Paul John Hansen;

3.  Address Secured Proof of Claim 3-1 from Lochridge Lending, Inc( include in Modified plan if not resolved);

4.  Information regarding Metsduah Christian Ministries Trust with same address as debtor; debtor is trustee;

5.  Current Statement from Penn Mutual Life Insurance Policy and explanation of all loans;

6.  Amend Schedule C: to provide specific laws that allow exemptions of all assets provided on Schedule A/B;

7.  Amend Schedule D: to add creditor, Lochridge Lending, Inc.;

8. Amend Schedules I and J and provide updated proof of income to support plan feasibility;

9. Amend Statement of Financial Affairs: list two vehicles transferred to wife roughly 1-2 years (valued at: $4,000 & $6,000);

10. CMA with conclusions for all properties owed at time of filing;

11. List of all real estate transferred in past four years;

12. 2025 Federal Tax Return;

13. Certification of service for 12/11/25 Order respecting Amendment to Schedules or List of Creditors.

14. Bank statements for TD Bank Account ending in #5659 dated 06/01/2025-11/30/2025;

15. Self-Represented Debtor Certification (form found on Trustee's website).

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22945-ABA |
| David Cushing | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 25, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: davejeremycushing@gmail.com | Jun 25 2026 21:06:00 | David Cushing, 1734 Almond Road, Vineland, NJ 08360-3482 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Defendant Lakeview Loan Servicing cwoerner@raslg.com |
| Kenneth Borger, Jr | on behalf of Defendant Lakeview Loan Servicing kborger@raslg.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 25, 2026                       Form ID: pdf903                           Total Noticed: 1

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6