UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

David Cushing
1734 Almond Road
Vineland, NJ 08360

| | | |
|---|---|---|
| | Case No.: | 25-22945 |
| | Chapter: | 13 |
| In Re: | Adv. No.: | 26-01099-ABA |
| David Cushing | Hearing Date: | |
| | Judge: | Andrew J. Altenburg J |

## CERTIFICATION OF SERVICE

1.  I,  _____David Cushing_____  :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☒ am the _____Debtor_____ in this case and am representing myself.

2.  On _____7/24/2026_____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    Modified PLAN AND MOTIONS to Address Lakeview Claim 8-1 and Lockridge Claim 3-1

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date:  ____7/24/2026____

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Matthew Fissel, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (215) 627-1322<br>mfissel@kmllawgroup.com | attorney for claimant 8-1: Lakeview | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38  Suite 580<br>Cherry Hill, NJ 08002<br>856-663-5002<br>courtmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Upload Portal<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lochridge Lending, Inc<br>1175 N 4000 W<br>Rexburg, ID 83440 | Claimant 3-1 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |