**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 04 2026

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No. **25-22945 (ABA)** |
| | Chapter 13 |
| **DAVID CUSHING**<br>DEBTOR. | |

## WITHDRAWAL OF PROOF OF CLAIM NO. 3-1

Creditor **Lochridge Lending, Inc.**, by its undersigned authorized representative, hereby withdraws **Proof of Claim No. 3-1** filed in the above-captioned bankruptcy case.

The Creditor represents that the obligation underlying Proof of Claim No. 3-1 has been satisfied outside of this bankruptcy case, and therefore no distribution under the Debtor's Chapter 13 Plan is sought on account of that claim, pending documented authorized approval of this withdrawal by United States of America Bankruptcy Court, District of New Jersey.

WHEREFORE, Lochridge Lending, Inc. respectfully requests that Proof of Claim No. 3-1 be withdrawn from the claims register.

Dated: 07/28/2026

Respectfully submitted,

Jeffrey Lochridge
President,
Lochridge Lending, Inc.
Address:
1175N 4000W
Rexburg, ID 83440
Telephone:
(208)520-5917
Email:
Jeff@lochridgelending.com

PLEADING TITLE - 1

# LOCHRIDGE
# LENDING INC.

1175 N 4000 W, Rexburg, Idaho 83440 (208)520-5917

28 June 2026

United States Bankruptcy Court
District of New Jersey
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

Re: David Cushing, Debtor
Bk-13 Case Number 25-22945-ABA
Claim 3-1

Clerk of Court,

Please submit the non-informative withdrawal of claim drafted by David Cushing that I am submitting at his request.

Because the policy held as secured collateral is owned by a trust and not his estate, we have come to an agreement that will satisfy the debt outside of the bankruptcy case, provided the withdrawal of the claim is authorized by the Court.

Sincerely,

Jeffrey Lochridge
President, Lochridge Lending, Inc.

**LOCHRIDGE LENDING** INC.

1175N 4000 W
Rexburg, ID 83440

BOISE ID RPDC 837

30 JUL 2026   PM 1   L

FOREVER/US

**United States Bankruptcy Court
District of New Jersey
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101**

08101-001699