UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Cushing
1734 Almond Road
Vineland, NJ 08360

In Re:

David Cushing

| | |
|---|---|
| Case No.: | 25-22945 |
| Chapter: | 13 |
| Adv. No.: | 26-01099-ABA |
| Hearing Date: | |
| Judge: | Andrew J. Altenburg J |

## CERTIFICATION OF SERVICE

1.  I, _____ David Cushing _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☒ am the _____ Debtor _____ in this case and am representing myself.

2.  On _____ 08/04/2026 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Amended Schedule D

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  08/04/2026

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Matthew Fissel, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (215) 627-1322<br>mfissel@kmllawgroup.com | attorney for claimant 8-1: Lakeview | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38  Suite 580<br>Cherry Hill, NJ 08002<br>856-663-5002<br>courtmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Upload Portal<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lochridge Lending, Inc<br>1175 N 4000 W<br>Rexburg, ID 83440 | Claimant 3-1 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rocket Mortgage, LLC<br>Attn: Bankruptcy Dept.<br>P.O. Box 619096<br>Dallas, TX 75261-9741 | New Servicer for Lakeview | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |