UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RE:

DAVID CUSHING,

Debtor

In Re:

Case No.: _25-22945_

Chapter: _13_

Judge: _Andrew B. Altenburg, Jr._

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _David Cushing_. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: CHRISTOPHER MAGIS NERO
1501 S. CHERRYBELL STRAUB
TUCSON, AZ
85726-9998
26096

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

Date: _8/5/M 2026_

BY: _Without Recourse) All Rights Reserved. Rene._
Signature

_new.8/1/15_

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY



In re: David Cushing

Case No. 25-22945-ABA

Chapter 13

## VERIFIED NOTICE OF APPEARANCE OF THE OFFICE OF THE ESTATE ADMINISTRATION; VERIFIED REQUEST FOR ACCOUNTING, RECONCILIATION, PRESERVATION OF ESTATE PROPERTY, NOTICE OF EQUITABLE RIGHTS, RESERVATION OF RIGHTS, AND REQUEST FOR FURTHER RELIEF

### INTRODUCTION

The Office of the Estate Administration appears through its Fiduciary Administrator for the limited purpose of requesting accounting, reconciliation, preservation of estate property, and orderly administration consistent with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

### AUTHORITIES

This draft references, among other authorities that may be applicable depending on the facts and procedural posture: 11 U.S.C. §§ 501, 502, 506, 509, 541, 542 (where applicable), 1302, and 1306; and Fed. R. Bankr. P. 3001, 3002.1, 3007, and 9014.

### REQUEST FOR ACCOUNTING

The Estate Administration respectfully requests production of the payment history, escrow history, servicing history, chain of assignments or transfers, endorsements, allonges, identity of the current holder and servicer, credits, offsets, unapplied funds, recoveries, advances, insurance proceeds, guarantees, and other records supporting the asserted claim.

### NOTICE OF EQUITABLE RIGHTS

The Estate Administration respectfully preserves any equitable remedies that may be supported by the developed record and applicable law, including accounting, restitution, exoneration where appropriate, equitable subrogation where legally applicable, contribution, and such further equitable relief as may be warranted.

1

**PRAYER**

The Estate Administration respectfully requests that the Court accept this Notice, preserve estate property as permitted by law, require appropriate accounting and supporting documentation through applicable procedures, permit supplementation of the record, preserve all rights pending reconciliation, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

OFFICE OF THE ESTATE ADMINISTRATION

By Chris Mays Noro

CMN
Fiduciary Administrator
Estate of David Cushing

2

**VERIFICATION**

I, David Cushing, declare under penalty of perjury that I have reviewed this filing and that the factual statements contained herein are true and correct to the best of my personal knowledge, information, and belief.

Date: _August 4, 2026_

BY: _____

David Cushing
BENEFICIARY