UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Cushing
1734 Almond Road
Vineland, NJ 08360

In Re:

DAVID CUSHING,

Debtor.

Case No.: 25-22945

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Andrew J. Altenburg J

FILED-BANKRUPTCY-NJ 082926 10:57:15

## CERTIFICATION OF SERVICE

1. I, _____ David Cushing _____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☒ am the ____ Plaintiff/Debtor ____ in this case and am representing myself.

2. On _____ 8/5/26 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice and Motion to Allow Debtor to File Electronically, with this CertServe.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/5/2026

By: _____
Signature

WITHOUT RECOURSE ALL RIGHTS RESERVED -

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lakeview Loan Servicing, LLC c/o Rocket Mortgage, LLC Attn: Bankruptcy Dept. PO Box 619096 Dallas, TX 75261-9741 | Claimant | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Fissel, Esquire KML Law Group, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 | Attorney for Claimant | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg, Chapter 13 Trustee 535 Route 38, Suite 580 Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee One Newark Center 1085 Raymond Blvd., Suite 2100 Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rocket Mortgage LLC PO Box 619096 Dallas, TX 75261-9741 | Defendant | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

2