FILED:BANKRUPTCY:NJ
2026 AUG 19 AM10:06:07

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>David Cushing<br>1734 Almond Road<br>Vineland, NJ 08360 | |
| In Re:<br><br>David Cushing | Case No.: 25-22945<br>Chapter: 13<br>Adv. No.: 26-1099-ABA<br>Hearing Date: ______<br>Judge: Andrew J. Altenburg J |

## CERTIFICATION OF SERVICE

1. I, David Cushing :

☐ represent ____________________ in this matter.

☐ am the secretary/paralegal for ____________________, who represents ____________________ in this matter.

☒ am the Plaintiff/Debtor in this case and am representing myself.

2. On 8/19/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
(1) Modified Chapter 13 Plan and Motions
(2) Debtor's Response to Lakeview Loan Servicing, LLC's Objection to Confirmation [Doc. 65]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/19/2026

By: Without recourse. All rights reserved. Bene.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Matthew K. Fissel, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Claimant 8-1: Lakeview | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg, Chapter 13 Trustee<br>525 Route 73 South<br>Suite 200<br>Marlton, NJ 08053 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |