UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Cushing
1734 Almond Road
Vineland, NJ 08360

FILED-BANKRUPTCY-NJ
2026 AUG 27 PM12:28:32
E Butts

| | |
|---|---|
| Case No.: | |
| Chapter: | 13 |
| Adv. No.: | 26-01099 |
| Hearing Date: | Oct 13, 2026 @2pm |
| Judge: | Andrew J. Altenburg J |

In Re:

DAVID CUSHING,

Debtor.

## CERTIFICATION OF SERVICE

1. I, David Cushing :

☐ represent ______________________ in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☒ am the Plaintiff/Debtor in this case and am representing myself.

2. On 8/14/26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Alias Summons

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/26/2026

BY: Without Recourse. All Rights Reserved. Bene.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth Borger, Jr.<br>Cory Francis Woerner<br>Robertson, Anschutz, Schneid, Crane & Partners<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004 | Attorney for Defendant: Lakeview | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Freedom Mortgage Corporation<br>Attn: Officer / Managing or General Agent<br>c/o CT Corporation System<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 | Defendant, Via Registered Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greentree Mortgage Company, L.P.<br>Attn: General Partner/Managing or General Agent<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Defendant, Via Registered Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rocket Mortgage, LLC<br>c/o Corporation Service Company, Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Successor By Merger To Nationstar Mortgage LLC d/b/a Mr. Cooper | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Blvd., Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

...Class Mail® 1
...Envelope
Fairfield, NJ 07004
Weight: 0 lb 5.30 oz
Estimated Delivery Date
Mon 08/17/2026

First-Class Mail® 1 $3.14
Large Envelope
Trenton, NJ 08625
Weight: 0 lb 5.30 oz
Estimated Delivery Date
Mon 08/17/2026

First-Class Mail® 1 $3.14
Large Envelope
Wilmington, DE 19801
Weight: 0 lb 5.30 oz
Estimated Delivery Date
Mon 08/17/2026

First-Class Mail® 1 $3.14
Large Envelope
Wilmington, DE 19808
Weight: 0 lb 5.30 oz
Estimated Delivery Date
Mon 08/17/2026

First-Class Mail® 1 $3.14
Large Envelope
Newark, NJ 07102
Weight: 0 lb 5.30 oz
Estimated Delivery Date
Mon 08/17/2026

Money Order $50.00
Serial#: 55409604919
Money Order Fee $2.65
$52.65

Total $68.35

Grand Total: $68.35

Debit Card Remit
Card Name: VISA
Account #: XXXXXXXXXXXX1478
Approval #: 015700
Transaction #: 226
Receipt #: 077169
Debit Card Purchase: $68.35 Chip
AID: A0000000980840
AL: US DEBIT
PIN: Verified

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for [illegible] at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is acti[illegible]ly hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)

Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,
or call 1-800-410