UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Cushing
1734 Almond Road
Vineland, NJ 08360

FILED:BANKRUPTCY:NJ
2026 AUG 27 PM12:29:00

Case No.: 25-22945

Chapter: 13

In Re:

David Cushing

Adv. No.: 26-1099-ABA

Hearing Date: ____________

Judge: Andrew J. Altenburg J

## CERTIFICATION OF SERVICE

1. I, David Cushing :

☐ represent ____________ in this matter.

☐ am the secretary/paralegal for ____________, who represents ____________ in this matter.

☒ am the Plaintiff/Debtor in this case and am representing myself.

2. On 8/27/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Supplemental Showing of Schedule J Post Petition Expenses.
Cert of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/27/2026

WITHOUT RECOURSE. ALL RIGHTS RESERVED.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Matthew Fissel, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>(215) 627-1322 | Attorney for Claimant 8-1: Lakeview | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg, Chapter 13 Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 080 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |