# UNITED STATES BANKRUPTCY COURT

District Of New Jersey

In re David Cushing, Case No. 25-22945-ABA

## TRANSFER OF CLAIM SERVICING

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee Servicer hereby gives evidence and notice of the transfer of servicing for the claim referenced in this notice.

M&T Bank
Name of Transferee Servicer

Rocket Mortgage, LLC
Name of Transferor Servicer

Creditor Name: Lakeview Loan Servicing, LLC

Name and Address where notices to Transferee Servicer should be sent:

M&T BANK
PO BOX 840
BUFFALO, NY 14240

Phone: 800-724-1633
Last Four Digits of Acct #: ******4535

Court Claim # (if known): 8-1
Amount of Claim: $251,548.03
Date Claim Filed: 2/11/2026

Phone: 877-343-5602
Last Four Digits of Acct. #: ******4802

Name and Address where Transferee Servicer payments should be sent (if different from above):

M&T BANK
Attn: Payment Processing
PO BOX 1288
BUFFALO, NY 14240-1288

Phone: 800-724-1633
Last Four Digits of Acct #: ******4535

By: /s/Nikita Joshi
Transferee Servicer/Transferee Servicer's Agent

Date: 08/24/2026

*This Transfer of Claim Servicing is being filed to notice the transfer of loan servicing for this claim to M&T Bank. The Creditor for this claim has not changed.

REPRESENTATION OF PRINTED DOCUMENT


M&T Bank P. O. Box 619063
Dallas, TX 75261-9063

Lakeview
Subserviced by M&T Bank

May 19, 2026

[redacted]

DAVID CUSHING
C/O KRISANNE LANGVILLE ESQ
PO BOX 60247
HOUSTON TX 77205-0247

Your Mr. Cooper mortgage accou [redacted]

Your new M&T account number is [redacted]

**NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS**

We are writing to advise you that the servicing of your mortgage loan, that is, the day to day handling of your mortgage loan, is being assigned, sold or transferred from Mr. Cooper, on behalf of Lakeview Loan Servicing, LLC to M&T Bank on behalf of Lakeview Loan Servicing, LLC effective June 2, 2026.

The assignment, sale, or transfer of the servicing of your mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer (Mr. Cooper) send you this notice at least 15 days before the effective date of transfer. Your new servicer must also send you this notice no later than 15 days after this effective date.

Your present servicer is Mr. Cooper. Their mailing address is: Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019. If you have any questions relating to the transfer of servicing from your present servicer, please contact their Customer Service Department toll-free at 1-833-685-2580 between the hours of Monday - Thursday 7:00 am - 8:00 pm CT, Friday 7:00 am - 7:00 pm CT, Saturday 8:00 am - 12:00 pm CT.

Your new servicer is M&T Bank. Our mailing address is: P.O. Box 1288, Buffalo, NY 14240-1288. If you have any questions relating to the transfer of servicing to your new servicer, please contact our Customer Service Department toll-free number at 1-866-575-6286, Monday - Friday 8:30am - 9pm ET.

**Mr. Cooper will stop accepting payments June 1, 2026. M&T Bank will begin accepting payments effective June 2, 2026.**

If you currently have optional insurance coverage, this coverage will **NOT** transfer. If you would like to continue coverage, contact your insurance carrier to discuss options to pay them directly for this product.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60 day period beginning on the effective date of transfer of the servicing of any mortgage loan, if the transferor servicer (rather than the transferee servicer that should properly receive payment on the loan) receives payment on or before the applicable due date (including any grace period allowed under the mortgage loan instruments), a payment may not be treated as late for any purpose.

Partial Payments

Your lender:

- ☐ May accept payments that are less than the full amount due (partial payments) and apply them to the loan.
- ☒ May hold them in a separate account until the rest of the payment is made, and then apply the full payment to the loan.
- ☐ Does not accept partial payments.

If this loan is sold, your new lender may have a different policy.

In order to request relief under the Servicemember's Civil Relief Act (SCRA) from loans with interest rates above 6%, a servicemember or spouse, or both, must provide a written request to the lender, together with a copy of servicemember's military orders. Please send to the following address: M&T Bank, Attn: SCRA Servicing, P.O. Box 1850, Buffalo, NY 14240. To reach M&T's Military Assistance team for more information please call 1-855-350-SCRA (7272) Option 1 toll free or email scraservicing@mtb.com.

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

[redacted]

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

Rev. 01/26

# FACTS WHAT DOES LAKEVIEW DO WITH YOUR PERSONAL INFORMATION?

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>☐ Social Security number and income<br>☐ Account balances and payment history<br>☐ Credit history and credit scores |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Lakeview Loan Servicing, LLC ("Lakeview") chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Lakeview share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes---** such as to process your transaction, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes---** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes---** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes---** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For non-affiliates to market to you** | Yes | Yes |

| | |
|---|---|
| **To limit our sharing** | ▪ Call 1.844.838.4322 – our menu will prompt you through your choice(s)<br>▪ Visit us online: https://lakeview.com/privacy-opt-out/ or<br>▪ Mail the form below<br><br>**Please note:** If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
| **Questions?** | Call **1.844.838.4322** or go to **https://lakeview.com/privacy-opt-out/** |

**Mail-in Form**

Mark any/all you want to limit:

☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes.

☐ Do not allow your affiliates to use my personal information to market to me.

☐ Do not share my personal information with non-affiliates to market their products and services to me.

| | | |
|---|---|---|
| Name | | **Mail to:**<br>Lakeview Loan Servicing, LLC<br>Attention: Compliance Dept (Opt-out Process)<br>4425 Ponce de Leon Boulevard, MS 5-251<br>Coral Gables, Florida 33146<br>[redacted] |
| Address | | |
| City, State, Zip | | |
| Account # | | |



INTERNET REPRINT

**Page 2**

| **Who we are** | |
|---|---|
| **Who is providing this notice?** | Lakeview Loan Servicing, LLC |
| **What we do** | |
| **How does Lakeview protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Lakeview collect my personal information?** | We collect your personal information, for example, when you:<br>□ pay your bills or apply for a loan<br>□ give us your income information or provide employment information<br>□ give us your employment history<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>□ sharing for affiliates' everyday purposes – information about your creditworthiness<br>□ affiliates from using your information to market to you<br>□ sharing for non-affiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |
| **Definitions** | |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>□ *Our affiliates include financial companies such as Lakeview Community Capital, LLC, Lakeview Household Insurance Solutions, LLC, LKV Realty, LLC, LKV Holdings, LLC, FFS Holdings, LLC, Fastlane Financial Solutions, LLC, Fastlane Technology Solutions, LLC, Fastlane Lending Solutions, LLC, Guild Mortgage Company LLC, and nonfinancial companies such as Lakeview Marketplace, LLC, Great Day Improvements, LLC, and 3MG Solutions, LLC.* |
| **Non-affiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>□ *Non-affiliates we share with can include mortgage companies, banks, insurance companies and non-profit organizations.* |
| **Joint marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br>□ *Our joint marketing partners include mortgage lenders, credit card companies, debt settlement providers, and other financial services companies.* |

**Other important information**

**Special Notice to Nevada Customers:** We are providing you this notice pursuant to state law. You may be placed on our internal Do Not Call List by following the directions in the *To limit our sharing* section. Nevada law requires that we also provide you with the following contact information: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St, Suite 3900, Las Vegas, NV 89101; Phone number 702.486.3132; email: AGINFO@ag.state.nv.us
Lakeview Loan Servicing, LLC, Attention: Compliance Dept (Opt-out Process), 4425 Ponce de Leon Boulevard, MS 5-251 Coral Gables, Florida 33146; Phone number: 1.844.838.4322; Email: IssueResolutions@lakeviewloanservicing.com.

**Special Notice for Vermont Customers:** If our records indicate that you are a resident of Vermont, we will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, or credit report to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. Additional information concerning our privacy policies, please call 844.838.4322.

**Special Notice for California Residents:** In order to comply with California law, the following applies if your account has a California mailing address.

**Restrict Nonpublic Personal Information Shared with Non-affiliated Third Parties**
Even if you do not make the privacy choice set above, we will not share information that we have about you with non-affiliated third parties, except for Everyday Business Purposes (defined below). For purposes of this notice, "Everyday Business Purposes" means any of the purposes set forth in Cal. Fin. Code § 4056, including but not limited to:

(1) When personal information is necessary to effect, administer, or enforce a transaction requested or authorized by you, or in connection with servicing or processing a financial product or service requested or authorized by you, or in connection with maintaining or servicing your account with us, or with another entity as part of a private label credit card program or other extension of credit on behalf of that entity, or in connection with a proposed or actual securitization or secondary market sale, including sales of servicing rights, or similar transactions related to a transaction of the consumer.

REPRESENTATION OF PRINTED DOCUMENT

(2) When your personal information is released with your consent or at your direction; and/or
(3) When your personal information is released to:
   a. Protect the confidentiality or security of your records with us; and/or
   b. Protect against fraud, identity theft, unauthorized transactions, claims, or other liability.

**Restrict Nonpublic Personal Information Shared with Lakeview Family**
We will not share nonpublic personal information about you within our family of companies other than for our Everyday Business Purposes unless we first provide you with further privacy choices.

**Restrict Nonpublic Personal Information Shared with Joint Marketing Partners**
We will not share information about you with joint marketing partners unless we first provided you with further privacy choices.

**Special Notice to North Dakota Customers:** Pursuant to state law, we will only share information with our affiliates, non-affiliates and third parties as required or permitted by law, or if you give us permission.


INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT


# AFFILIATED BUSINESS DISCLOSURE STATEMENT

To: David Cushing and C/O Krisanne Langville Esq                    Date: May 19, 2026

From: Lakeview Loan Servicing, LLC

Property: 1734 ALMOND RD
VINELAND NJ 08360

THIS IS TO GIVE YOU NOTICE that Lakeview Loan Servicing, LLC (“Lakeview”) has a business relationship with LKV Realty, LLC, Guild Mortgage Company LLC, and Lakeview Household Insurance Solutions, LLC. Specifically, Lakeview and each of these companies are affiliates because Lakeview and each of these companies are 100% owned by a common holding company. Because of this affiliate relationship, use of LKV Realty, LLC, Guild Mortgage Company LLC, and Lakeview Household Insurance Solutions, LLC may provide a direct or indirect financial or other benefit to Lakeview.

**Set forth below are the types of settlement services offered by these affiliated companies and the estimated charges or range of charges for such settlement services listed.** You are NOT required to use the listed provider(s) as a condition for settlement of any loan on, or purchase, sale, or refinance of, the subject property or any other property.

**THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.**

| **Provider and Settlement Service** | **Charge or Range of Charges** |
| --- | --- |
| Lakeview Household Insurance Solutions, LLC (property/casualty hazard insurance services) | Homeowner's/Hazard Insurance (annual premium): Estimated .2%-2.5% of purchase price or property coverage amounts. Flood Insurance Estimated: .1%-.5% of the purchase price or property coverage amounts. Rates may vary based on policy type, carrier, coverage limits/enhancements, deductibles, the size, location and cost of your home, and other factors. |
| LKV Realty, LLC (providing real estate brokerage services) | No direct charge to customer. (LKV Realty fee paid out of real estate commission upon sale, which commission can range from 5-6% of sale price, depending upon location and other factors. LKV Realty fee can range from 0 to 6% of such commission.) |
| Guild Mortgage Company LLC | Charges for residential mortgage lending or brokering services may include origination fees, discount points (if applicable), processing or underwriting fees or application fees. Such charges may vary based on loan type, loan amount, borrower qualifications, and market conditions. |

**ACKNOWLEDGEMENT**

I/We have read this disclosure form and understand that Lakeview is referring me/us to purchase the above-described settlement services and may receive a financial or other benefit as the result of this referral.

_______________________________          _______________________________
Signature                                Signature

**NOTE:**
After reading this disclosure, please retain this document or a copy for your records.



INTERNET REPRINT

M&T Bank | Wilmington Trust

Rev. 09/25

| FACTS | WHAT DO M&T BANK AND WILMINGTON TRUST DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this Notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us.<br>This information can include:<br>• Social Security number and income<br>• Credit history and credit scores<br>• Account balances, transaction history, payment history and assets<br>• Investment experience |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons M&T Bank and Wilmington Trust choose to share; and whether you can limit this sharing. |

| Reasons we can share your personal information. | Do M&T Bank and Wilmington Trust share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We don't share |

| To limit our sharing | For customers of M&T Bank, call toll-free 1-800-785-3162. This number is also available to hearing impaired customers through a relay service. Our menu will prompt you through your choices. Or visit us online at mtb.com/privacyoptout.<br>For customers of Wilmington Trust, contact your relationship manager or call toll-free 1-866-771-7777. |
|---|---|
| | **Please note:**<br>If you are *a new customer*, we can begin sharing your information 30 days from the date we sent this Notice. When you are *no longer* our customer, we continue to share your information as described in this Notice. However, you can contact us at any time at the numbers listed above to limit our sharing. |

| Questions | For customers of M&T Bank, call toll-free 1-800-724-2440, or go to mtb.com.<br>For customers of Wilmington Trust, contact your relationship manager, or call toll-free 1-866-771-7777. |
|---|---|

[redacted]

| Who we are | |
|---|---|
| **Who is providing this Notice?** | This Notice is being provided by M&T Bank and Wilmington Trust, National Association, and other companies with the M&T and Wilmington Trust names.<br>*Wilmington Funds Management Corporation has separate sharing practices and is not covered in this Notice.* |

| What we do | |
|---|---|
| **How do M&T Bank and Wilmington Trust protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How do M&T Bank and Wilmington Trust collect my personal information?** | We collect your personal information, for example, when you:<br>● Open an account or deposit money<br>● Pay your bills or apply for a loan<br>● Use your credit card or debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>● Sharing for affiliates' everyday business purposes – information about your creditworthiness<br>● Affiliates from using your information to market to you<br>● Sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>● *Our affiliates include companies with an M&T or Wilmington Trust, WT, or Wilmington Funds name.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>● *Nonaffiliates we share with can include companies that perform services on our behalf.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>● *Our joint marketing partners can include financial product or service marketing companies and financial institutions such as LPL Financial LLC.* |

| Other important information |
|---|
| ●**For Vermont residents only.** We automatically treat you as having opted out of allowing us to share with our affiliates: (a) information about your creditworthiness for affiliates' everyday business purposes, unless you authorize broader sharing, and (b) your personal information to market to you, except as permitted by Vermont law or as authorized by you. For joint marketing with other financial companies, we will only share your name, contact, transaction, and customer experience information, unless you authorize broader sharing.<br>●**For California residents only.** You may have additional information sharing protections under applicable state law. We will limit sharing among our affiliates and non-affiliates to the extent required by law.<br>●**For Nevada residents only.** If you prefer not to receive marketing calls from us, you may be placed on our Internal Do Not Call List by calling us at the appropriate toll-free number in the "To limit our sharing" section of this Notice. You may also contact the Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington Avenue, Suite 3900, Las Vegas, Nevada 89101. Telephone: 702-486-3132; Email: BCPINFO@ag.state.nv.us.<br>*This Notice is not directed to individuals located in the European Union or the United Kingdom.* |

BR742 (DV10.25)

[redacted]

**Servicemembers Civil Relief Act Notice Disclosure**

**U.S. Department of Housing and Urban Development Office of Housing – Federal Housing Commissioner**

**OMB Approval 2502-0584 (Expires 03/31/2028)**

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Air Force, Army, Coast Guard, Marine Corps, Navy, and Space Force).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  M&T Bank
  Attn: SCRA Servicing
  P.O. Box 1850
  Buffalo, NY 14240

- To reach M&T's SCRA servicing team for more information please call 1-855-350-SCRA (7272) Toll Free/or email scraservicing@mtb.com
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/ .
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.



INTERNET REPRINT