**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Order Filed on September 1, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | | |
|---|---|---|
| In Re:<br><br>David Cushing<br><br>Debtor. | Case No.: | 25-22945-ABA |
| | Chapter: | 13 |
| | Hearing: | September 1, 2026 |
| | Judge: | Andrew B. Altenburg, Jr. |

## ORDER DENYING MOTION TO ALLOW DEBTOR TO FILE DOCUMENTS ELECTRONICALLY

The relief set forth on the following pages, numbered two through, is hereby **ORDERED**.

**DATED: September 1, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having come before the court on the Debtor, David Cushing's, Motion to Allow Debtor to File Documents Electronically (Doc. No. 62); and the court having held a hearing on September 1, 2026; and for good cause shown; it is

**ORDERED** that the Motion to Allow Debtor to File Documents Electronically is hereby **DENIED** for the reasons stated on the record.