**UNITED STATES BANKRUPTC**
**DISTRICT OF NEW JERSEY**

**Order Filed on September 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re:<br><br>David Cushing<br>Debtor. | Case No.: | 25-22945-ABA |
| | Chapter: | 13 |
| | Hearing: | September 1, 2026 |
| | Judge: | Andrew B. Altenburg, Jr. |

**ORDER DENYING MOTION TO ALLOW DEBTOR TO FILE DOCUMENTS ELECTRONICALLY**

The relief set forth on the following pages, numbered two through, is hereby **ORDERED**.

**DATED: September 1, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having come before the court on the Debtor, David Cushing's, Motion to Allow Debtor to File Documents Electronically (Doc. No. 62); and the court having held a hearing on September 1, 2026; and for good cause shown; it is

**ORDERED** that the Motion to Allow Debtor to File Documents Electronically is hereby **DENIED** for the reasons stated on the record.

United States Bankruptcy Court
District of New Jersey

In re:
David Cushing
Debtor

Case No. 25-22945-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Sep 01, 2026 Form ID: pdf903 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Christopher Magis Nero, 1501 S. Cherrybell Straub, Tucson, AZ 85726-9901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: davejeremycushing@gmail.com | Sep 01 2026 22:16:00 | David Cushing, 1734 Almond Road, Vineland, NJ 08360-3482 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Defendant Lakeview Loan Servicing cwoerner@raslg.com |
| Kenneth Borger, Jr | |

| | |
|---|---|
| | on behalf of Defendant Lakeview Loan Servicing kborger@raslg.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6