| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br>David Cushing<br>Debtor. | Case No.: 25-22945-ABA<br>Chapter: 13<br>Adv. No.:<br>Hearing Date: 11/18/2026, 9:00 AM<br>Judge: Andrew B. Altenburg |

FILED: BANKRUPTCY NJ 2026 SEP 4 AM11:52

## CERTIFICATION OF SERVICE

1. I, David Cushing :

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☒ am the debtor in this case and am representing myself.

2. On 9/3/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Documents served as indicated in the chart below:
1.) Amended Schedule E/F
2.) Amended Plan and Motions
3.) Official Form 309I

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/3/2026

By: without recourse, all rights reserved.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Express National Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Added to amended Schedule E/F<br>Docs 1, 2 & 3 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elk Joint Municipal Court<br>680 Whig Lane<br>Monroeville, NJ 08343-2840 | Added to amended Schedule E/F<br>Docs 1, 2 & 3 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMorgan Chase Bank, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001-9013 | Added to amended Schedule E/F<br>Docs 1, 2 & 3 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LendingClub Bank, NA<br>P.O. Box 884268<br>Los Angeles, CA 90088-4268 | Added to amended Schedule E/F<br>Docs 1, 2 & 3 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank, N.A.<br>P.O. Box 1931<br>Burlingame, CA 94011-1931 | Added to amended Schedule E/F<br>Docs 1, 2 & 3 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4927 | Added to amended Schedule E/F<br>Docs 1, 2 & 3 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Bank, N.A., Trustee for Ginnie Ma<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | Deleted as creditor from Schedule E/F<br>Doc 1 only | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lakeview Loan Servicing<br>4425 Ponce de Leon Blvd., 5th Floor<br>Coral Gables, FL 33146 | Deleted from E/F; remains on Schedule D<br>Doc 1 only | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Bank / Pier 1<br>3095 Loyalty Circle, Building A<br>Columbus, OH 43219 | Deleted as creditor from Schedule E/F<br>Doc 1 only | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of Philadelphia, Department of Rev<br>P.O. Box 1630<br>Philadelphia, PA 19105 | Deleted as creditor from Schedule E/F<br>Doc 1 only | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mr Cooper d/b/a Nationstar<br>P.O. Box 619094<br>Dallas, TX 75261 | Deleted Schedule E/F notice party<br>Doc 1 only | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Bureau Inc<br>711 N. Edgewood Ave., Suite 200<br>Wood Dale, IL 60191 | Deleted Schedule E/F notice party<br>Doc 1 only | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg<br>Office of the Chapter 13<br>Standing Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee<br>Doc 1 only | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*