| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | Case No.: 25-22945-ABA<br><br>Chapter: 13 |
| In Re:<br><br>David Cushing<br><br>David Cushing v. Lakeview Loan Servicing, et al. | Adv. No.: 26-1099<br><br>Hearing Date: ________<br><br>Judge: Altenburg |

**CERTIFICATION OF SERVICE**

1. I, Heather A. Renye :

☐ represent ____________________ in this matter.

☒ am the courtroom deputy for Judge Altenburg, Jr..
____________________ in this matter.

☐ am the _______________ in this case and am representing myself.

2. On October 22, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

ORDER GRANTING MOTION TO DISMISS OF LAKEVIEW LOAN SERVICING AND OVERRULING OBJECTION TO ITS CLAIM AND JUDGE ALTENBURG'S MEMORANDUM DECISION

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 22, 2026

/s/ Heather A. Renye
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Cushing<br>1734 Almond Road<br>Vineland, NJ 08360 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*